Teresa and Dennis STUART as legal representatives of their child, Denise Stuart, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 03–5122.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2003.

ON MOTION

*ORDER*

Upon consideration of appellants' motion to withdraw their appeal,*

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.

Gale S. NELSON, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 03–3273.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2003.

ORDER

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of filing of this order.

---

* Appellants ask for advice about pursuing another case. However, this court's jurisdiction is limited to reviewing the decision of the trial court.